**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| **FRANK PETER MADONIA,** | ) | CASE NO.  21-80081 |
| **SANDRA KAY MADONIA,** | ) | |
| | ) | |
| **Debtors** | ) | |

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no.34, having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

IT IS FURTHER ORDERED that:

(1) The debtors shall file an amended schedule I and J when Sandra Kay Madonia is employed.

(2) The confirmation herein shall not bar the Trustee from seeking modification of the Chapter 13 Plan if it appears that additional disposable income is available to fund the Plan. The debtors' Chapter 13 Plan is hereby amended accordingly.

ENTER:

_/s/ Thomas M. Lynch_
JUDGE THOMAS M. LYNCH

Dated: October 26, 2021

Lydia S. Meyer, Trustee
308 W. State Street
P.O. Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:    815-968-5368